IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOYLE CONNER, JR.,

    Plaintiff,

vs.                                       CASE NO.: 4:05cv24-SPM/AK

COLONIAL LIFE & ACCIDENT
INSURANCE COMPANY, A UNION
COMPANY n/k/a COLONIAL LIFE AND
ACCIDENT INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of the Notice of Potential Settlement (doc. 41), the Report of Mediation (doc. 42) , and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. All pending motions are denied as moot and this case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 6th day of July, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge